**Order entered May 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00424-CV**

**IN RE JESSICA DIXON, Relator**

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19277**

**ORDER**
Before Justices Schenck, Reichek, and Carlyle

It has come to our attention that relator filed for bankruptcy in the United States Bankruptcy Court for the Northern District of Texas. Under 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Thus, for administrative purposes, we **ABATE** this cause. It may be reinstated on prompt motion by any party showing the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/     AMANDA L. REICHEK
JUSTICE